964

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT S. WHITE, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.— Motion for leave to prosecute appeal as a poor person granted. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Motion for assignment of counsel denied.

■ DANIEL J. CAREY, as Commissioner of Agriculture and Markets of the State of New York, Respondent, v. STANDARD BRANDS INCORPORATED, Appellant. — Motion for a stay pending determination of the appeal herein. Motion granted, without costs.